NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUILLERMO MOJARRO,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3079

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090694-I-1.

---

## ON MOTION

---

## ORDER

Guillermo Mojarro moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 17 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Guillermo Mojarro
     Christopher L. Krafchek, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 17 2011

JAN HORBALY
CLERK